proof of due service thereof, no opposition being made, the motion to dismiss the appeal herein is granted, with $10 costs of motion.

BRIEN et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Henry Brien and others against the Manhattan Railway Company and others. T. L. Waugh, for appellants. L. G. Reed, for respondents. No opinion. Judgment affirmed, with costs.

BRIGGS, Appellant, v. I. B. WEAGER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Thomas Briggs against the I. B. Weager Company. No opinion. Judgment and order affirmed, with costs.

BROOKLYN GAS & GASOLINE ENGINE CO., Respondent, v. GLASER, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the Brooklyn Gas & Gasoline Engine Company against Robert Glaser. No opinion. Judgment of the Municipal Court affirmed, with costs. (99 App. Div. 629)

In re BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) In the matter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title to real estate, etc., on Crescent street, etc., in the borough of Brooklyn, etc., parcel 61; premises, 271 Myrtle avenue. Lilian Becker and Emily Becker appeal.

PER CURIAM. Final order of confirmation reversed, and a new trial directed before commissioners to be appointed at the Special Term, on the authority of Matter of Brooklyn Union El. R. Co. (A. M. Stein and others, appellants) 95 App. Div. 108, 88 N. Y. Supp. 426.

WOODWARD and JENKS, JJ., dissent.

BROOKLYN WAREHOUSE & DRY DOCK CO., Respondent, v. WEST END DRY DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by the Brooklyn Warehouse & Dry Dock Company against the West End Dry Dock Company. No opinion. Judgment affirmed, with costs.

BRUNDAGE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Esther J. Brundage against the city of New York.

PER CURIAM. The record does not show that the plaintiff gave the proof of such a defect in the street to justify the submission of the question of defendant's liability to the jury. Even if such a defect had been established, there is not sufficient proof of notice thereof in this record. Judgment and order reversed, and new trial granted; costs to abide the event.

BUCKLEY, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. Decem-

ber 9, 1904.) Action by Jane A. Buckley against the Metropolitan Street Railroad Company. J. P. Cotton, for appellant. A. C. Cowan, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $879.12, in which event judgment, as so modified, and order affirmed, without costs.

BURCHILL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Mary Burchill against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. S. Ross, for respondent. No opinion. Judgment and order affirmed, with costs.

BURKE, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by John Burke, an infant, by John A. Burke, his guardian ad litem, against the Borden's Condensed Milk Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

BURKE, Respondent, v. FRENKEL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Henry Burke against Louis Frenkel, impleaded with Ella Frenkel. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

BURNETT, Respondent, v. BURNETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1905.) Action by Harold Livingston Burnett against Cornelia Cary Hull Burnett. No opinion. Order affirmed, with $10 costs and disbursements.

In re BURTIS' WILL. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) In the matter of proof and probate of the last will and testament of Albert G. Burtis, deceased. No opinion. Order of reference to take further proof granted.

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by James H. Burton against Eustace H. Lemay, impleaded with George S. Hoke. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for the error in the admission of hearsay evidence to the effect that the failure of the enterprise was due to the appellant, Lemay, and not to the default of his associate.

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by James H. Burton against Eustace H. Lemay, impleaded, etc. No opinion. Motion denied.

BUSCHE v. LIPPMAN. (Supreme Court, Appellate Division, First Department. Decem-